UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             Case No. 8:10-cr-550-T-17MAP

JOEL A. STREINZ

### FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the United States of America's motion (DKT. 1383) for a forfeiture money judgment against the defendant in the amount of $1,072,676.31.

Being fully advised of the relevant facts, the Court hereby finds that at least $1,072,676.31 in proceeds was obtained from the conspiracy to commit wire fraud and to make material false statements to an FDIC-insured bank, to which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 982(a)(2)(A) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held jointly and severally liable with Lisa Rotolo for a forfeiture money judgment in the amount of up to $1,072,676.31. The net proceeds from the substitute assets the defendant previously forfeited shall be credited toward the defendant's forfeiture money judgment.

CASE NO. 8:10-CR-550-T-17MAP

It is FURTHER ORDERED that, upon entry, this order shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any other substitute assets that the United States may be entitled to seek up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 20th day of January, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record

2